IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC., | ) ) ) | |
| Plaintiff, | ) ) | C. A. No.: 11-894-GMS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| AKER BIOMARINE ASA, AKER BIOMARINE ANTARCTIC USA, INC. and SCHIFF NUTRITION INTERNATIONAL, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. Local Rule 7.1.4, Defendants hereby respectfully request oral argument on their Motion to Dismiss Pursuant to Settlement Agreement and supporting papers (D.I. 32, 33, 39, 40), on which briefing is now complete.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

KIRKLAND & ELLIS LLP
Mark A. Pals, P.C.
Amanda J. Hollis
Elizabeth A. Cutri
300 North LaSalle
Chicago, IL 60654
(312) 862-2450

Leslie M. Schmidt
601 Lexington Ave.
New York, NY 10022
(212) 446-4800

Dated: October 6, 2014

/s/ Monté T. Squire
Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

*Attorneys for Defendants*

01:16104527.1